IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL PERRY                                                                                    PLAINTIFF

VS.                                         Case No. 4:07-CV-4013

JERRY T. CRANE, Sheriff,
Hempstead Co., Arkansas;
LOUISE PHILLIPS, Administrator,
Hempstead Co. Detention Facility;
LT. MIKE GRAY, Hempstead
Co. Detention Facility; SGT.
SIMEON AMES, Hempstead
Co. Detention Facility; SHAWN
GARLAND, Hempstead Co.
Detention Facility; and NURSE
LORI JONES                                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 16, 2007 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10). Judge Bryant recommends Plaintiff's supervisory claims against Hempstead County Sheriff Jerry T. Crane and Hempstead County Detention Facility Administrator Louise Phillips be dismissed for failure to state a claim upon which relief may be granted in accordance with *Monell v. Department of Social Services*, 436 U.S. 658, 691 (1978) and 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). Plaintiff Michael Perry has not filed objections to the Report and Recommendations, and his time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims against Hempstead County Sheriff Jerry T. Crane and Hempstead County Detention Facility Administrator Louise Phillips are hereby **DISMISSED**.

**IT IS SO ORDERED**, this 12th day of June, 2007.

                                                                /s/ Harry F. Barnes
                                                                Hon. Harry F. Barnes
                                                                United States District Judge